

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JOSE IGNACIO MENDEZ-MARTINEZ, M.D., | § | |
| | § | No. 08-15-00265-CV |
| Appellant, | | |
| | § | Appeal from the |
| v. | | |
| | § | 205th District Court |
| ANDRES G. CARMONA, Individually, On Behalf of All Wrongful Death | § | of El Paso County, Texas |
| Beneficiaries, and as Personal Representatives of the ESTATE OF | § | (TC# 2012-DCV04858) |
| ROSARIO M. CARMONA, Deceased, | | |
| | § | |
| Appellee. | | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant and his sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 22ND DAY OF APRIL, 2016.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes JJ.